**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-60124

MALLARD BAY DRILLING,

Petitioner,

VERSUS

ELAINE CHAO, Secretary of Labor, U.S. Department of Labor,

Respondent.

Petition for Review of an Order of the
Occupational Safety & Health Review Commission

March 8, 2002

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before POLITZ and DAVIS, Circuit Judges and RESTANI,[*] Judge.

PER CURIAM:[**]

The Supreme Court reversed our order vacating the Occupational

Safety & Heath Administration's (OSHA) citation and remanded the

---

[*]Judge, U.S. Court of International Trade, sitting by designation.

[**]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

case to us for further consideration.

In light of the Supreme Court's opinion, the petition for review is denied and OSHA'S order is affirmed.

AFFIRMED.